AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2022

SEAN F. McAVOY, CLERK

DESSIRAE R.,

_Plaintiff_                              )
                                         )
v.                                       )    Civil Action No.   2:20-cv-00385-SMJ
                                         )
KILOLO KIJAKAZI,                         )
ACTING COMMISSIONER OF                   )
SOCIAL SECURITY,
_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED IN PART.
            Defendant's Motion for Summary Judgment (ECF No. 16) is DENIED.
            Judgment is entered for Plaintiff.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   SALVADOR MENDOZA, JR. _____ on motions for
    summary judgment.

Date:  09/16/2022 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates